# UNITED STATES DISTRICT COURT
for the

Ricky R Franklin
_____
Plaintiff(s)

v.

CENLAR FSB d/b/a Central
Loan Administration and Reporting
(CENLAR)
_____
Defendant(s)

Civil Action No. 1:20-CV-1410

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CENLAR FSB d/b/a Central Loan
Administration and Reporting
(CENLAR) 7 Graphics Drive
Ewing, NJ 08628

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ricky Franklin
708 Brambling Way
Stockbridge, GA 30281

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: MAR 31 2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

PRIORITY *MAIL*

FROM:
Ricky Franklin
708 Brambling Way
Stockbridge, GA 30281

CLEARED
MAR 30 2020
U.S. District Court
Atlanta, GA

TO: Clerk of Court
75 Ted Turner Dr. SW
Atlanta, GA
30303

UNITED STATES POSTAL SERVICE

US POSTAGE PAID $7.75
Origin: 30281
03/28/20
1282500381-(

PRIORITY MAIL 1-DAY®
0 Lb 5.80 oz
EXPECTED DELIVERY DAY: 03/30/20
C039

SHIP TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS TRACKING® NUMBER

9505 5103 2551 0088 4398 12



USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.