# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action File No.: |
| v. | § | 1:20-CV-01410-MLB-WEJ |
| | § | |
| CENLAR FSB d/b/a CENTRAL LOAN | § | |
| ADMINISTRATION AND | § | |
| REPORTING (CENLAR) and | § | |
| CARRINGTON MORTGAGE | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

## <u>MOTION TO DISMISS</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Cenlar FSB ("Cenlar"), by and through the undersigned counsel, hereby moves this Court for an order dismissing this action with prejudice, including all claims and causes of action therein. In support of this Motion, Cenlar relies upon the pleadings and documents filed by Plaintiff, the Court's record in this action, and the Memorandum of Law with supporting exhibits, if any, filed contemporaneously herewith.

Dated:  July 6, 2020.

**POLSINELLI, PC**

*/s/ John Michael Kearns*
Aaron A. Wagner
Georgia Bar No. 867812
*Email: aawagner@polsinelli.com*
John Michael Kearns
Georgia Bar No. 142438
*Email: jkearns@polsinelli.com*
One Atlantic Center
1201 W. Peachtree St., NW, Ste. 1100
Atlanta, Georgia 30309
(404) 253-6000

*Attorneys for Cenlar FSB*

74081198.1

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1B and 5.1C, using 14-point Times New Roman font.

/s/ *John Michael Kearns*
John Michael Kearns
Georgia Bar No. 142438

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2020, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system.  I further certify that I mailed the foregoing document by certified U.S. mail, return receipt requested, and first-class mail to the following:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

/s/ *John Michael Kearns*
John Michael Kearns
Georgia Bar No. 142438

*One of the Attorneys for Cenlar FSB*