𝕽𝖎𝖈𝖐𝖞 𝕽. 𝕱𝖗𝖆𝖓𝖐𝖑𝖎𝖓
708 𝖁𝖗𝖆𝖒𝖇𝖑𝖎𝖓𝖌 𝖂𝖆𝖞
𝕾𝖙𝖔𝖈𝖐𝖇𝖗𝖎𝖉𝖌𝖊, 𝕲𝕬 30281
rrfrank12@hotmail.com
678.650.3733

September 29th, 2020

**By U. S. Mail**

To:  Walter E. Johnson and Michael L Brown
United States District Court Northern District of Georgia, Atlanta Division
75 Ted Turner Drive SW
Atlanta, GA 30303

Re:  *Ricky R. Franklin v. CENLAR FSB d/b/a Central Loan Administration and Reporting (Cenlar) and Carrington Mortgage Services, LLC,* Case No. 1:20-CV-1410-MLB-WEJ

To the Honorable Court:

**Notice for Leave of Absence for the following date(s): November 2nd – 20th by Ricky R. Franklin.**

   This letter is to notify you that I plan on taking leave to attend to personal and business matters and will not be available from November 2nd – November 20, 2020.  I respectfully request that the above-referenced case not be calendared during this time:

   Thank you for your consideration.

cc: via Mail- POLSINELLI P.C.
cc: via Mail –HOLLAND & KNIGHT LLP

Respectfully submitted,

*[signature]*

Plaintiff, *Pro-Se* Ricky R. Franklin

708 Brambling Way
Stockbridge, GA 30281



ling Way
GA 30281

CLEARED SECURITY
JUL -4 PAID
U.S. Marshals Service
Rome, Georgia

U.S. Marshals Service
Atlanta, GA
OCT X 1 2020
CLEARED

Clerk of Court
Attn Judge Johnson

75  Honorable Walter E. Johnson
    600 First Street, Room 212
    Rome, Georgia 30161