## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § § Plaintiff, § § v. § § CENLAR FSB d/b/a CENTRAL LOAN § ADMINISTRATION AND § REPORTING (CENLAR) and § CARRINGTON MORTGAGE § SERVICES, LLC, § § Defendants. § | Civil Action File No.: 1:20-CV-01410-MLB-WEJ |

### JOINT MOTION TO STAY CERTAIN PRETRIAL DEADLINES

Defendants Cenlar FSB d/b/a Central Loan Administration Reporting ("Cenlar") and Carrington Mortgage Services, LLC ("Carrington", and together, "Defendants"), by and through the undersigned counsel, hereby move this Court to stay certain pretrial deadlines, including the deadlines for the parties to conduct the Rule 26(f) Early Planning Conference, to submit the Joint Preliminary Report and Discovery Plan, and to submit their Initial Disclosures, pending this Court's final ruling on the Motion to Dismiss, filed on September 23, 2020. (Doc. 44.) As explained below, a stay of these deadlines will promote the efficient administration of this case and conserve the resources of both the litigants and this Court.

74159001.1

## PROCEDURAL HISTORY

On August 26, 2020, Plaintiff filed a Second Amended Complaint. (Doc. 34) Previously, on July 6, 2020, Cenlar filed a Motion to Dismiss as to the Second Amended Complaint seeking dismissal of this action in its entirety, and the Court granted in part the Motion to Dismiss on December 7, 2020. (Doc. 21, 51.) Cenlar filed an Answer to the remaining TCPA claim on December 21, 2020. (Doc. 53.)

On September 23, 2020, Carrington filed its Motion to Dismiss, and the Magistrate has recommended that it be granted in its entirety. (Doc. 44, 48.) The Court has yet to enter a final order on the Motion to Dismiss, though, and thus Carrington remains a party to this action. Carrington's Motion to Dismiss would dispose of this entire action as to Carrington. As such, it would be beneficial and cost-effective for both the parties and this Court to stay certain pre-trial deadlines in this case, until after this Court has ruled on the pending Motion to Dismiss, Doc. 44.

## ARGUMENT AND CITATION TO AUTHORITY

Federal Rule 6(b) vests this Court with the discretion to set or modify the deadlines for cases pending before it. *Carroll v. Primerica Fin. Servs. Ins. Mktg.*, 811 F. Supp. 1558, 1563 (N.D. Ga. 1992) (noting the court's "inherent power to police its own docket"). It is well established that this Court has "broad discretion

to stay discovery until the Court rules on a pending dispositive motion." *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985); see also FED R. CIV. P. 26(f)(1) (allowing a district court to modify the time period within which parties must conduct the Rule 26(f) conference); LR 26.2(B) ("The court may, in its discretion, shorten or lengthen the time for discovery."); *Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990) (holding that the district court did not abuse its discretion in staying discovery because the court had "sufficient information before it upon which to rule").

Here, Carrington has moved to dismiss Plaintiff's entire case as to Carrington so the Court's ruling on the pending Motion to Dismiss is potentially dispositive of this action. While Cenlar has filed its Answer to the remaining TCPA claim, any time and resources spent by Carrington drafting initial disclosures, conducting a planning conference, and preparing a discovery plan could prove to be unnecessary. Instead, it would be more beneficial to the parties to conserve their resources until such time as discovery proves to be warranted. If and when the Court determines that Plaintiff has stated any viable claim against Carrington, then any short delay in exchanging initial disclosures, having a planning conference, or submitting a discovery plan will not prejudice any of the parties. As such, a stay would be appropriate here.

## CONCLUSION

For the foregoing reasons, Defendants respectfully requests that this Court temporarily stay the deadlines for the following events, pending a final ruling on Carrington's Motion to Dismiss: (1) the Rule 26(f) Early Planning Conference; (2) the Joint Preliminary Report and Discovery Plan; and (3) the Initial Disclosures. A proposed Order granting this Motion to Stay Certain Pretrial Deadlines is attached to this Motion.

Dated:  December 21, 2020.

**POLSINELLI, PC**

*/s/ John Michael Kearns*
Aaron A. Wagner
Georgia Bar No. 867812
*Email: aawagner@polsinelli.com*
John Michael Kearns
Georgia Bar No. 142438
*Email: jkearns@polsinelli.com*
One Atlantic Center
1201 W. Peachtree St., NW, Ste. 1100
Atlanta, Georgia 30309
(404) 253-6000
*Attorneys for Cenlar FSB*

-and-

                              **Holland & Knight LLP**

                              */s/ Grant Schnell (w/e/p by JMK)*
                              Grant Edward Lavelle Schnell
                              Georgia Bar No. 106794
                              *Email: grant.schnell@hklaw.com*
                              One Regions Plaza, Suite 1800
                              1180 West Peachtree St., N.W.
                              Atlanta, GA 30309-3407
                              (404) 817-8560
                              *Attorney for Defendant Carrington Mortgage Services, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1B and 5.1C, using 14-point Times New Roman font.

                              /s/ *John Michael Kearns*
                              John Michael Kearns
                              Georgia Bar No. 142438

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2020, I electronically filed the foregoing **JOINT MOTION TO STAY CERTAIN PRETRIAL DEADLINES** with the Clerk of Court using the CM/ECF system. I further certify that I mailed the foregoing document by certified U.S. mail, return receipt requested, and first-class mail to the following:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

>                    */s/ John Michael Kearns*
>                    John Michael Kearns
>                    Georgia Bar No. 142438
>
>                    *One of the Attorneys for Cenlar FSB*