# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CENLAR FSB d/b/a CENTRAL )<br>LOAN ADMINISTRATION AND )<br>REPORTING (CENLAR) )<br>)<br>   Defendant. ) | Civil Action File No.:<br>1:20-cv-01410-MLB-WEJ |

## ORDER GRANTING JOINT MOTION TO STAY
## CERTAIN PRETRIAL DEADLINES

THIS CAUSE, having come before the Court on the Joint Motion to Stay Certain Pretrial Deadlines filed by Cenlar FSB d/b/a Central Loan Administration Reporting ("Cenlar") and Carrington Mortgage Services, LLC ("Carrington", and together, "Defendants"), and the Court having considered the Motion and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that the Motion is **GRANTED**. The parties' obligations to comply with the deadlines to conduct the Rule 26(f) Early Planning Conference, submit the Joint Preliminary Report and Discovery Plan, and submit

74159232.1

their Initial Disclosures (as well as any deadline to begin discovery) are stayed pending the Court's ruling on Carrington's Motion to Dismiss, Doc. 44.

**SO ORDERED**, this _____ day of _____, 2020.

_____
**WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE**

74159232.1