**FILED IN CHAMBERS**
**U.S.D.C. ROME**

Date: Jun 30 2021

JAMES N. HATTEN, Clerk

By: s/Kari Butler

**Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICKY R. FRANKLIN,

    Plaintiff <u>pro se</u>,

v.

CENLAR FSB,
*doing business as,*
Central Loan Administration and
Reporting (Cenlar),

    Defendant.

CIVIL ACTION FILE

NO. 1:20-CV-1410-MLB-WEJ

## **<u>ORDER</u>**

This matter is before the Court on Plaintiff's Motion to Lift Stay [59], seeking to lift the Court's Order [55] staying all pre-trial deadlines pending a ruling on Carrington Mortgage Services, LLC's ("Carrington") Motion to Dismiss.

On May 13, 2021, the Court granted [58] the Motion to Dismiss and dismissed defendant Carrington from this case. Therefore, the Court **GRANTS** plaintiff <u>pro se</u> Ricky R. Franklin's Motion to Lift Stay [59] and **DIRECTS** the remaining parties to conduct the Rule 26(f) Early Planning Conference, submit the

Joint Preliminary Report and Discovery Plan, and submit Initial Disclosures within **THIRTY (30) DAYS** of the date of this Order.

**SO ORDERED**, this 30th day of June, 2021.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE