# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § § Plaintiff, § § v. § § CENLAR FSB d/b/a CENTRAL LOAN ADMINISTRATION AND REPORTING (CENLAR) and CARRINGTON MORTGAGE SERVICES, LLC, § § § § § § § Defendants. § | Civil Action File No.: 1:20-CV-01410-MLB-WEJ |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF

TO: Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
*Pro Se Plaintiff*

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, on **Wednesday, November 17, 2021, at 10:00 AM Eastern,** counsel for Defendant Cenlar FSB d/b/a Central Loan Administration and Reporting ("Cenlar") will take the videotaped deposition of Plaintiff Ricky R. Franklin ("Plaintiff") at the offices of Polsinelli PC, 1201 W. Peachtree St., NW, Ste. 1100, Atlanta, Georgia 30309, which deposition will continue from day-to-day until completed.

80493229.2

This deposition shall be recorded by video and stenographic means before an officer authorized to administer oaths by the laws of the United States or the laws of the State of Georgia. This deposition is being taken for the purposes of discovery, for use at trial, and for any other purposes permitted under the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the Northern District of Georgia.

Dated this 28th day of October, 2021.

                                            **POLSINELLI, PC**

                                            */s/ John Michael Kearns*
                                            Aaron A. Wagner
                                            Georgia Bar No. 867812
                                            *Email: aawagner@polsinelli.com*
                                            John Michael Kearns
                                            Georgia Bar No. 142438
                                            *Email: jkearns@polsinelli.com*
                                            One Atlantic Center
                                            1201 W. Peachtree St., NW, Ste. 1100
                                            Atlanta, Georgia 30309
                                            (404) 253-6000
                                            *Attorneys for Cenlar FSB*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day October, 2021, I electronically filed the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF** with the Clerk of Court using the CM/ECF system. I further certify that I mailed the foregoing document by certified U.S. mail, return receipt requested, and first-class mail to the following:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
*Pro Se Plaintiff*

>  */s/ John Michael Kearns*
>  John Michael Kearns
>  Georgia Bar No. 142438
>
>  *One of the Attorneys for Cenlar FSB*

80493229.2