# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § § Plaintiff, § § v. § § CENLAR FSB d/b/a CENTRAL LOAN ADMINISTRATION AND REPORTING (CENLAR) and CARRINGTON MORTGAGE SERVICES, LLC, § § § § § § § Defendants. § | Civil Action File No.: 1:20-CV-01410-MLB-WEJ |

## DEFENDANT CENLAR FSB'S STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and LR 56.1, Defendant Cenlar FSB d/b/a Central Loan Administration Reporting ("Cenlar"), respectfully submits its Statement of Additional Undisputed Material Facts in Support of its Motion for Summary Judgment.

1. Plaintiff advised Cenlar during a January 23, 2020, call that he "DOESNT WANT CELL PH# CONTACTED BY AUTO-DIALER." (Doc. 83, Franklin Depo., pp. 207-208, Doc. 83-14.)

82077222.2

2.      Cenlar's call log does not reflect a conversation occurring on February 25, 2022, between Cenlar and Plaintiff. (Doc. 83, Franklin Depo., pp. 214-215, Doc. 83-15.)

3.      Instead, on February 25, 2022, the log reflects there was a call that was disconnected, and a manual call placed by Cenlar which resulted in a message being left on Plaintiff's answering machine. (Doc. 83, Franklin Depo., pp. 214-215, Doc. 83-15.)

Dated:  February 22, 2022.

                            **POLSINELLI, PC**

                            */s/ John Michael Kearns*
                            Aaron A. Wagner
                            Georgia Bar No. 867812
                            *Email: aawagner@polsinelli.com*
                            John Michael Kearns
                            Georgia Bar No. 142438
                            *Email: jkearns@polsinelli.com*
                            One Atlantic Center
                            1201 W. Peachtree St., NW, Ste. 1100
                            Atlanta, Georgia 30309
                            (404) 253-6000
                            *Attorneys for Cenlar FSB*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1 (C), using 14-point Times New Roman font.

/s/ *John Michael Kearns*
John Michael Kearns
Georgia Bar No. 142438

*One of the Attorneys for Cenlar, FSB*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2022, I electronically filed the foregoing **DEFENDANT CENLAR FSB'S STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system. I further certify that I mailed the foregoing document by certified U.S. mail, return receipt requested, and first-class mail to the following:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

/s/ *John Michael Kearns*
John Michael Kearns
Georgia Bar No. 142438

*One of the Attorneys for Cenlar FSB*

82077222.2