IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action File No.: |
| ) | 1:20-cv-01410-VMC |
| ) | |
| CENLAR FSB d/b/a CENTRAL ) | |
| LOAN ADMINISTRATION AND ) | |
| REPORTING (CENLAR) ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION IN LIMINE**

The Defendant Cenlar FSB d/b/a Central Loan Administration and Reporting ("Cenlar"), by and through the undersigned attorneys, files this Motion in Limine to exclude matters from trial relating to alleged calls using an artificial or prerecorded voice placed before Cenlar's receipt of Plaintiff, Ricky R. Franklin ("Plaintiff") letter dated December 5, 2019, and in support thereof, states as follows:

**I. BACKGROUND**

This is an action brought by Plaintiff against Cenlar for violation of the Telephone Consumer Protection Act ("TCPA"). (DE 13). Plaintiff alleges that Cenlar made calls to him using an artificial or prerecorded voice in violation of the TCPA. (*Id.*).

1

On May 26, 2022, an Order was entered granting in part Cenlar's Motion for Summary Judgment as to calls made prior to Cenlar's receipt of Plaintiff's letter dated December 5, 2019. (DE. 97). As such, Cenlar moves to exclude as irrelevant and prejudicial evidence as to any alleged calls made prior to Cenlar's receipt of Plaintiff's letter dated December 5, 2019.

## II. LEGAL STANDARD

"A motion in limine is 'any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered.' " *Gold Cross EMS, Inc. v. Children's Hosp. of Ala.*, 309 F.R.D. 699, 700 (S.D. Ga. 2015) (quoting *Luce v. United States*, 469 U.S. 38, 40 n.2, 105 S.Ct. 460 (1984)); *see also United States v. Roland*, 2016 WL 11628077, at *1 (N.D. Ga. June 1, 2016) ("A motion in limine is a pretrial motion by which a litigant seeks to exclude inadmissible or prejudicial evidence before it is actually offered at trial.") (citation omitted). It is "an important tool available to the trial judge to ensure the expeditious and evenhanded management of the trial proceedings." *Roland*, 2016 WL 11628077, at *1 (citation and quotations omitted). "The district court has wide discretion in determining the relevance of evidence produced at trial." Id. (citations and quotations omitted).

Irrelevant evidence is inadmissible. Fed. R. Evid. 402. Moreover, relevant evidence may be excluded "if its probative value is substantially outweighed by the danger of unfair prejudice". Fed. R. Evid. 403.

**II. ARGUMENT**

Any evidence pertaining to alleged calls made prior to Cenlar's receipt of Plaintiff's letter dated December 5, 2019 would be irrelevant and highly prejudicial to Cenlar. This Court has granted partial summary judgment in favor of Cenlar as to any alleged calls made prior to that date. Thus, any alleged calls would be irrelevant as to the issues to be tried and further, would be highly prejudicial.

**WHEREFORE,** the Defendant, Cenlar FSB d/b/a Central Loan Administration and Reporting, respectfully requests this Honorable Court grant this motion and enter an order excluding matters from trial relating to alleged calls using an artificial or prerecorded voice placed before Cenlar's receipt of Plaintiff, Ricky R. Franklin ("Plaintiff") letter dated December 5, 2019.

Respectfully submitted this 6th day of January 2023.

**POLSINELLI, P.C.**

By: */s/ Gwendolyn J. Godfrey*
    Gwendolyn J. Godfrey
    Georgia Bar No.  153004
    *ggodfrey@polsinelli.com*
    One Atlantic Center, #1100
    1201 W. Peachtree St., NW
    Atlanta, Georgia 30309
    Phone: (404) 253-6000

    -and-

    Brendan I. Herbert
    315 S. Biscayne Blvd, Suite 400
    Miami, Fl 33131
    *bherbert@polsinelli.com*
    (Special Appearance)

    *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on January 6th, 2023, I electronically filed the foregoing **DEFENDANT'S MOTION IN LIMINE** with the Clerk of Court using the CM/ECF system which will automatically send notice to all counsel of record. I further certify that I provided a copy of same on January 6, 2023, to the following party via regular U.S. Mail:

    Ricky R. Franklin
    708 Brambling Way
    Stockbridge, GA 30281

                                    */s/ Gwendolyn J. Godfrey*
                                    Gwendolyn J. Godfrey
                                    Georgia Bar No. 153004

                                    *One of the Attorneys for Defendant*