IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, | Civil Action No: |
| Plaintiff, | 1:20-CV-01410-VMC |
| V. | |
| CENLAR FSB d/b/a CENTRAL LOAN ADMINISTRATION AND REPORTING (CENLAR), | |
| Defendant. | |

**DEFENDANT'S AMENDED AND CORRECTED WITNESS LIST[1]**

The Defendant, CENLAR FSB d/b/a CENTRAL LOAN ADMINISTRATION AND REPORTING (CENLAR), by and through its undersigned counsel, hereby sets forth its amended and corrected list of trial witnesses, pursuant to this Court's consolidated pre-trial Order:

1. Plaintiff, Ricky R. Franklin. Mr. Franklin is expected to be called regarding, without limitation:

---

[1] Cenlar previously disclosed that it would call its Corporate Representative to testify in this matter pursuant to paragraph 20 of the Consolidated Pre-Trial Order. (Doc. 105 at 7). However, through inadvertence, Cenlar did not include its Corporate Representative within its Witness List at Exhibit F-2. (*Id.* at 46). Accordingly, Cenlar is hereby including its Corporate Representative (and the name and title of said representative) in its Amended and Corrected Witness List. Further, Cenlar is including as a category of anticipated testimony of the Plaintiff, the Plaintiff's May 10, 2022 Settlement Agreement and Release of Claims which Cenlar recently became aware of. Cenlar will also be filing an Amended Exhibit List to include said Settlement Agreement as an Exhibit.

1

  (a) His consent to be called on his cellular telephone by Defendant;

  (b) His revocation of that consent;

  (c) His TCPA litigation history and experience in other matters against other entities;

  (d) His preservation, storage, and maintenance of records, documentation of documents related to this matter;

  (e) His Settlement Agreement and Release of Claims entered into on or about May 10, 2022, between Mr. Franklin and CitiMortgage, Inc., the facts and circumstances related to said Settlement Agreement and Release of Claims, and how those facts and issues relate to the issues involved in this action.

2. Raymond Crawford
Senior Litigation Associate/Corporate Representative
Cenlar, FSB
c/o Polsinelli PC
315 S. Biscayne Blvd, Suite 400
Miami, FL 33131

Mr. Crawford is expected to be called regarding, without limitation:

  (a) Cenlar's business records which include, inter alia, its telephone logs, system notes, and other business records which reflect Mr. Franklin's loan.

  (b) Cenlar's role as subservicer for CitiMortgage, Inc.

**POLSINELLI, P.C.**

By: */s/ Brendan Herbert*
   Brendan I. Herbert
   Florida Bar No. 76925
   315 S. Biscayne Blvd, Suite 400
   Miami, Fl 33131
   Phone: (305) 921-1825
   *bherbert@polsinelli.com*
   (Special Appearance)

-and-

   Gwendolyn J. Godfrey
   Georgia Bar No. 153004
   *ggodfrey@polsinelli.com*
   One Atlantic Center, #1100
   1201 W. Peachtree St., NW
   Atlanta, Georgia 30309
   Phone: (404) 253-6000

   *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, I electronically filed the foregoing **DEFENDANT'S CORRECTED AND AMENDED WITNESS LIST** with the Clerk of Court using the CM/ECF system which will automatically send notice to all counsel of record. I further certify that I provided a copy of same on May 15, 2023, to the following party via regular U.S. Mail:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

*s/ Brendan Herbert*
Brendan I. Herbert
*One of the Attorneys for Defendant Cenlar*

89666395.1