# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § § § Plaintiff, § § V. § § CENLAR FSB d/b/a CENTRAL § LOAN ADMINISTRATION AND § REPORTING (CENLAR), § § Defendant. § | Civil Action No: **1:20-CV-01410-VMC** |

## DEFENDANT'S AMENDED EXHIBIT LIST[1]

The Defendant, CENLAR FSB d/b/a CENTRAL LOAN ADMINISTRATION AND REPORTING (CENLAR), by and through its undersigned counsel, hereby sets forth its amended list of trial exhibits, pursuant to this Court's consolidated pre-trial Order:

---

[1] Cenlar previously filed its list of trial exhibits in the Consolidated Pre-Trial Order. (Doc. 105-1 at 49-51). Cenlar recently became aware of the Plaintiff's May 10, 2022, Settlement Agreement and Release of Claims ("Settlement Agreement") entered into in another lawsuit by Plaintiff, which Cenlar contends moots Plaintiff's claims against Cenlar in this lawsuit. Accordingly, Cenlar is filing this Amended Exhibit List solely to provide notice of its intent to rely upon said Settlement Agreement at trial **(No. 25).** The Exhibit List is otherwise unchanged from Cenlar's original filing.

1

# Defendant's Exhibit List

| COURT STAMP | No. | DESCRIPTION |
|---|---|---|
|  | 1 | **DEPOSITION TRANSCRIPT OF RICKY FRANKLIN (11/17/2021)** |
|  | 2 | Exhibit 1 to Franklin Depo (*Franklin v Cenlar*, Second Amended Complaint, DE 34) |
|  | 3 | Exhibit 2 to Franklin Depo (PACER case locator – DE 42-5) |
|  | 4 | Exhibit 3 to Franklin Depo (list of Franklin TCPA lawsuits – DE 42-5) |
|  | 5 | Exhibit 4 to Franklin Depo (*Franklin v Facebook*, N.D. Ga., Original Complaint) |
|  | 6 | Exhibit 5 to Franklin Depo (*Franklin v Bison*, W.D.N.Y., Mediation Certification) |
|  | 7 | Exhibit 6 to Franklin Depo (*Franklin v Bison*, W.D.N.Y., Stipulation of Dismissal With Prejudice) |
|  | 8 | Exhibit 7 to Franklin Depo (*Franklin v Upland*, W.D. Tx., Upland Answer & Counterclaim) |
|  | 9 | Exhibit 8 to Franklin Depo (*Franklin v Cloud*, W.D. Mich., Order to Show Cause) |
|  | 10 | Exhibit 9 to Franklin Depo (Call log belonging to Cenlar) |
|  | 11 | Exhibit 10 to Franklin Depo (Call log belonging to Cenlar) |
|  | 12 | Exhibit 11 to Franklin Depo (Aptus Court Reporting re Audio recording of October 24, 2019) |
|  | 13 | Exhibit 12 to Franklin Depo (Aptus Court Reporting re Audio recording of November 15, 2019) |
|  | 14 | Exhibit 13 to Franklin Depo (Aptus Court Reporting re Audio recording Cenlar Automated Messages) |

| | 15 | Exhibit 14 to Franklin Depo (chronological account notations – top date is 020320, CENLAR/ FRANKLIN Bates #000044) |
|---|---|---|
| | 16 | Exhibit 15 to Franklin Depo (chronological account notations – top date is 030520, CENLAR/ FRANKLIN Bates #000043) |
| | 17 | Exhibit 16 to Franklin Depo (Borrower Financial Hardship Affidavit, CENLAR/FRANKLIN Bates #000032-000035) |
| | 18 | Exhibit 17 to Franklin Depo March 18, 2020 letter from Cenlar to Franklin responding to claim of identity theft) |
| | 19 | Exhibit 18 to Franklin Depo October 29, 2021 letter from Franklin to Polsinelli submitting additional discovery |
| | 20 | **CENLAR MOTION FOR SUMMARY JUDGMENT (DE 75, filed 12/30/2021)** |
| | 21 | DE 75-1 Cenlar Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment |
| | 22 | DE 75-2 Cenlar Memorandum of Law in Support of its Motion for Summary Judgment |
| | 23 | DE 75-3 Declaration of Justin Singmaster in Support of Cenlar Motion for Summary Judgment |
| | 24 | DE 76-4 Excepts from 11/17/2021 Video Deposition of Ricky Franklin |
| | 25 | May 10, 2022, Settlement Agreement and Release of Claims |

89668650.1

**POLSINELLI, PC**

By: */s/ Brendan Herbert*
    Brendan I. Herbert
    Florida Bar No. 76925
    315 S. Biscayne Blvd, Suite 400
    Miami, FL  33131
    Phone:  (305) 921-1825
    *bherbert@polsinelli.com*
    (Special Appearance)

    -and-

    Gwendolyn J. Godfrey
    Georgia Bar No. 153004
    *ggodfrey@polsinelli.com*
    One Atlantic Center, #1100
    1201 W. Peachtree St., NW
    Atlanta, Georgia 30309
    Phone: (404) 253-6000

    *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing **DEFENDANT'S AMENDED EXHIBIT LIST** with the Clerk of Court using the CM/ECF system which will automatically send notice to all counsel of record. I further certify that I provided a copy of same on May 15, 2023, to the following party via regular U.S. Mail:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

                                          */s/ Brendan Herbert*
                                          Brendan I. Herbert
                                          *One of the Attorneys for Defendant Cenlar*