# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action File No.: |
| | ) | 1:20-cv-01410-VMC |
| CENLAR FSB d/b/a CENTRAL | ) | |
| LOAN ADMINISTRATION AND | ) | |
| REPORTING (CENLAR), | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S LIST OF OBJECTIONS
## TO PLAINTIFF'S TRIAL EXHIBITS

The Defendant Cenlar FSB d/b/a Central Loan Administration and Reporting ("Cenlar"), by and through the undersigned attorneys, hereby files its list of Objections to the Trial Exhibits of Plaintiff, Ricky R. Franklin ("Plaintiff"), and in support thereof, states as follows:

| **Plaintiff No.** | **Description** | **Objection** |
|---|---|---|
| 1. | Call Log of Plaintiff | Hearsay. Lack of Trustworthiness. Prepared in anticipation of litigation. |
| 2. | December 5, 2019 Letter to Cenlar | No objection. |
| 3. | March 7, 2020 Letter to Cenlar | No objection. |

1

| 4.  | April 22, 2019 Letters to Cenlar | Relevance. |
|---|---|---|
| 5.  | May 31 Letter to Cenlar | Relevance. |
| 6.  | 13 Automated messages from Cenlar. | Relevance. Hearsay. |
| 7.  | 19 Automated messages from Cenlar. | Relevance. Hearsay. |
| 8.  | 13 Automated messages from Cenlar. | Relevance. Hearsay. |
| 9.  | 5 Automated messages from Cenlar. | Relevance. Hearsay. |
| 10. | Recording of October 24, 2019 with Cenlar representative. | No objection. |
| 11. | Recording of November 15, 2019 with Cenlar Representative | No objection |
| 12. | Defendants Discovery Evidence Def #000045 | Hearsay. |

Respectfully submitted this 16th day of May, 2023.

**POLSINELLI, PC**

By: */s/ Brendan Herbert*
    Brendan I. Herbert
    Florida Bar No. 76925
    315 S. Biscayne Blvd, Suite 400
    Miami, FL 33131
    Phone: (305) 921-1820
    *bherbert@polsinelli.com*
    (Special Appearance)

    -and-

    Gwendolyn J. Godfrey
    Georgia Bar No. 153004
    *ggodfrey@polsinelli.com*
    One Atlantic Center, #1100
    1201 W. Peachtree St., NW
    Atlanta, Georgia 30309
    Phone: (404) 253-6000

    *Attorneys for Defendant*

3
89675091.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, I electronically filed the foregoing **DEFENDANT'S LIST OF OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS** with the Clerk of Court using the CM/ECF system which will automatically send notice to all counsel of record. I further certify that I provided a copy of same on May 16, 2023, to the following party via regular U.S. Mail:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

*/s/ Brendan Herbert*
Brendan I. Herbert
*One of the Attorneys for Defendant Cenlar*