IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action File No.: |
| | ) | 1:20-cv-01410-VMC |
| CENLAR FSB d/b/a CENTRAL | ) | |
| LOAN ADMINISTRATION AND | ) | |
| REPORTING (CENLAR), | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER ON DEFENDANT CENLAR'S MOTION TO CONTINUE TRIAL AND FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT DUE TO PLAINTIFF'S <u>CONCEALMENT OF DISPOSITIVE EVIDENCE</u>**

THIS MATTER is before the Court on the Defendant Cenlar FSB d/b/a Central Loan Administration and Reporting's Motion to Continue Trial and for Leave to File Motion for Summary Judgment Due to Plaintiff's Concealment of Dispositive Evidence ("Motion"). Having considered the Motion, the Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that Defendant's Motion is **GRANTED**. The June 8, 2023 Pretrial Conference and June 14, 2023 Jury Trial are continued. Cenlar shall file its

89682412.1

Motion for Summary Judgment within 30 days from the date of this Order.

**SO ORDERED,** this \_\_\_\_ day of _____, 2023.

_____
Victoria Marie Calvert
United States District Judge