# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § § Plaintiff, § § v. § § CENLAR FSB d/b/a CENTRAL LOAN ADMINISTRATION AND REPORTING (CENLAR), § § Defendants. § § § | Civil Action File No.: 1:20-CV-01410-VMC |

## CENLAR FSB'S NOTICE OF FILING DISCOVERY MATERIALS PURSUANT TO LOCAL RULES 5.4(B) AND 56.1(C)

Pursuant to Local Rules 5.4(B) and 56.1(C) Defendant Cenlar, FSB ("Cenlar"), hereby files this Notice of Filing Discovery Materials, to include the original deposition of Ricky R. Franklin dated November 17, 2021, and documents produced by Plaintiff Ricky R. Franklin on or about September 10, 2021, in response to Cenlar's First Request for Production of Documents. Cenlar respectfully submits this notice in support of its Motion for Summary Judgment, to be filed on June 15, 2023.

Dated: June 15, 2023.

POLSINELLI, PC

*/s/ Brendan Herbert*
Brendan I. Herbert
Florida Bar No. 76925
315 S. Biscayne Blvd, Suite 400
Miami, FL 33131
Phone: (305) 921-1820
*bherbert@polsinelli.com*
(Special Appearance)

-and-

Gwendolyn J. Godfrey
Georgia Bar No. 153004
*ggodfrey@polsinelli.com*
One Atlantic Center, #1100
1201 W. Peachtree St., NW
Atlanta, Georgia 30309
Phone: (404) 253-6000
*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1B and 5.1C, using 14-point Times New Roman font.

*/s/ Brendan Herbert*
Brendan I. Herbert
Florida Bar No. 76925

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2023, I electronically filed the foregoing **CENLAR FSB'S NOTICE OF FILING DISCOVERY MATERIALS PURSUANT TO LOCAL RULES 5.4(B) AND 56.1(C)** with the Clerk of Court using the CM/ECF system. I further certify that I mailed the foregoing document by certified U.S. mail, return receipt requested, and first-class mail to the following:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

*/s/ Brendan Herbert*
Brendan I. Herbert
Florida Bar No. 76925

*One of the Attorneys for Cenlar FSB*