# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CENLAR FSB d/b/a CENTRAL LOAN § <br> ADMINISTRATION AND § <br> REPORTING (CENLAR), § <br> § <br> Defendants. § | Civil Action File No.: <br> 1:20-CV-01410-VMC |

## DEFENDANT CENLAR FSB'S RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL DISPUTED FACTS

Defendant Cenlar FSB d/b/a Central Loan Administration Reporting ("Cenlar"), by and through the undersigned counsel, hereby responds to Plaintiff's Statement of Additional Disputed Facts as follows:

1. In June of 2020, Citimortgage transferred the assignment of deed to another party named Wilmington/Carrington. Therefore, at the time the Plaintiff signed the settlement agreement in 2022 (2 years later), neither the Defendant nor Citi was the so called (sub) or servicer of the Plaintiffs loan. (Exhibit C, Assignment, page 1, 2)

**CENLAR RESPONSE: Cenlar objects on the grounds that the assignment of security deed does not support the Plaintiff respondent's fact and is not material.**

90491242.1

2. At no time during any pre-trial motions did Defendant Cenlar identify any other party as having an interest in this matter. Further, Defendant Cenlar represented that no other necessary parties was to be joined in this case. (Joint Preliminary Report And Discovery Plan, Dkt #61 ¶ 5)

**CENLAR RESPONSE: Cenlar objects on the grounds that the fact is not material and does not otherwise comply with the provisions set out in LR 56.1(B)(1).**

Dated: July 19, 2023

**POLSINELLI PC**

*/s/ Brendan Herbert*
Brendan I. Herbert
Florida Bar No. 76925
315 S. Biscayne Blvd, Suite 400
Miami, Florida 33131
Phone: (305) 921-1820
*bherbert@polsinelli.com*
(Special Appearance)

-and-

Gwendolyn J. Godfrey
Georgia Bar No. 153004
*ggodfrey@polsinelli.com*
One Atlantic Center, #1100
1201 W. Peachtree St., NW
Atlanta, Georgia 30309
Phone: (404) 253-6000

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1B and 5.1C, using 14-point Times New Roman font.

                                                */s/ Brendan Herbert*
                                                Brendan I. Herbert
                                                Florida Bar No. 76925

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2023, I electronically filed the foregoing **DEFENDANT CENLAR FSB'S RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL DISPUTED FACTS** with the Clerk of Court using the CM/ECF system. I further certify that I mailed the foregoing document by certified U.S. mail, return receipt requested, and first-class mail to the following:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

                                                */s/ Brendan Herbert*
                                                Brendan I. Herbert
                                                Florida Bar No. 76925

                                                *One of the Attorneys for Cenlar FSB*