IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN, § § Plaintiff, § § v. § § CENLAR FSB d/b/a CENTRAL LOAN ADMINISTRATION AND REPORTING (CENLAR), § § § § § § Defendants. § § § | Civil Action File No.: 1:20-CV-01410-VMC |

## CENLAR FSB'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE EXHIBIT A ATTACHED TO CENLAR FSB'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Cenlar FSB ("Cenlar"), by and through the undersigned counsel, hereby files its Response in Opposition to Plaintiff, Ricky Franklin's Motion to Strike Exhibit A Attached to Cenlar's Motion for Summary Judgment (Doc No. 142). In response, Cenlar incorporates herein by reference its arguments made at pages 2 through 5 of its Reply to Plaintiff's Response in Opposition to Summary Judgment. (Doc. 143 at 2-5.)

WHEREFORE, Defendant Cenlar FSB respectfully requests this Honorable Court DENY Plaintiff's Motion to Strike Exhibit A of Cenlar's Motion for Summary Judgment.

90519099.1

Dated: July 20, 2023.

          **POLSINELLI PC**

          */s/ Brendan Herbert*
          Brendan I. Herbert
          Florida Bar No. 76925
          315 S. Biscayne Blvd, Suite 400
          Miami, Florida 33131
          Phone: (305) 921-1820
          *bherbert@polsinelli.com*
          (Special Appearance)

          -and-

          Gwendolyn J. Godfrey
          Georgia Bar No. 153004
          *ggodfrey@polsinelli.com*
          One Atlantic Center, #1100
          1201 W. Peachtree St., NW
          Atlanta, Georgia 30309
          Phone: (404) 253-6000
          *Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rules 5.1B and 5.1C, using 14-point Times New Roman font.

          */s/ Brendan Herbert*
          Brendan I. Herbert
          Florida Bar No. 76925

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2023, I electronically filed the foregoing **CENLAR FSB'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE EXHIBIT A ATTACHED TO CENLAR FSB'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system. I further certify that I mailed the foregoing document by certified U.S. mail, return receipt requested, and first-class mail to the following:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281

　　　　　　　　　　　　　　　　　　*/s/ Brendan Herbert*
　　　　　　　　　　　　　　　　　　Brendan I. Herbert
　　　　　　　　　　　　　　　　　　Florida Bar No. 76925

　　　　　　　　　　　　　　　　　　*One of the Attorneys for Cenlar FSB*

90519099.1