UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CENLAR FSB doing business as Central Loan Administration and Reporting (Cenlar),<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-01410-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria Marie Calvert, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 26th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　 s/ D. Brye　　　　　　　　
　　　　　　　　　　　　　　　　　　 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 26, 2023
Kevin P. Weimer
Clerk of Court

By:　 s/ D. Brye　　　　
　　　 Deputy Clerk